IN THE MATTER OF THE SUSPENSION OR REVOCATION OF THE LICENSE OF EMANUEL IGNACCOLO, M.D. TO PRACTICE MEDICINE AND SURGERY IN THE STATE OF NEW JERSEY.

March 30, 1982.

Leave to appeal is granted, and the order of the Appellate Division is summarily reversed and the order of the Board of Medical Examiners of January 13, 1982 is reinstated.

AUGUST E. KEECH AND HELEN M. KEECH v. LAPOINTE MACHINE TOOL COMPANY.

March 30, 1982.

Leave to appeal is granted.

STATE OF NEW JERSEY v. MICHAEL APOSTOLIS.

March 30, 1982.

Leave to appeal is granted.

MARY CRILLEY v. JOHNS–MANVILLE PRODUCTS CORPORATION, ET AL.

March 30, 1982.

Leave to appeal is granted. (See 182 *N.J.Super.* 376)